IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHRISTOPHER L. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 310CV526–HEH |
| ) | |
| DOVETAILS, INC., d/b/a CAPITOL ) | |
| GRANITE AND MARBLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B), filed on November 30, 2010 by United States Magistrate Judge Dennis W. Dohnal (Dk. No. 16). For the reasons stated in the accompanying Memorandum Opinion, the Defendant's objections are OVERRULED, and this Court ACCEPTS and ADOPTS the R&R. Accordingly, Plaintiff's Motion for Award of Attorneys' Fees and Costs (Dk. No. 7), filed on September 9, 2010, and Plaintiff's Supplemental Motion for Award of Attorneys' Fees and Costs (Dk. No. 15), filed on November 5, 2010, are GRANTED IN PART and DENIED IN PART. Defendant is hereby ORDERED to pay $4,000 in attorneys' fees and $573.92 in costs.

The Clerk is DIRECTED to send a copy of the Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Feb. 23, 2011
Richmond, VA